## *Law Office of Charles R. Dendy*

| 109 N. Second Street | Tel: 936-639-2388 |
| --- | --- |
| Lufkin, Texas 75901 | Fax: 936-639-2370 |

Case: Civil Action No. 9:11-cv-170; Johnson et al v. Heckmann et al

ATTORNEY'S FEES:

| Date | Description of work performed | Hours |
| --- | --- | --- |
| 10/12/2011 | conf with clients; legal research re workweek | 3 |
| 10/13/2011 | preparation of pleadings; conf with clients | 3 |
| 10/14/2011 | research re pay and potential defs; review complaint | 2 |
| 10/17/2011 | research re class action, joint employers, and limitations | 2 |
| 10/21/2011 | review info from NELA | 1 |
| 10/26/2011 | research re class action; mtn for pre-cert class | 3 |
| 10/27/2011 | review of various articles on cert of class | 1 |
| 10/28/2011 | internet research of defendant | 0.5 |
| 10/29/2011 | review of FLSA jury charge | 0.5 |
| 11/9/2011 | conf with clients re affidavits for class certification | 1 |
| 11/10/2011 | research equitable tolling | 1 |
| 11/22/2011 | prep motion for certification of class | 2 |
| 11/23/2011 | prep affidavits; consent to join; notice of class action | 2 |
| 11/29/2011 | prep affidavits; consent to join; notice of class action | 5 |
| 11/30/2011 | conf with clients re affidavits | 1 |
| 12/6/2011 | prep of motion for certif, consent to join | 2 |
| 1/4/2012 | research response to cert of class | 3 |
| 1/5/2012 | research and prep of response | 3 |
| 1/10/2012 | tel conf with def regarding report of conf | 0.5 |
| 1/17/2012 | review and finalize initial disclosure | 1 |
| 1/23/2012 | research class action | 2 |
| 1/26/2012 | prep of req for production | 2.5 |
| 2/16/2012 | prep of req for interr and admissions | 4 |
| 3/6/2012 | review def disc resp & tel conf with counsel | 3 |
| 3/22/2012 | review def disc resp and plaintiffs' personnel files | 2.5 |
| 3/28/2012 | prep of mot to compel & mem of law | 2 |
| 3/30/2012 | research overtime pay for brief | 5 |
| 4/13/2012 | response to judge req for wkwk def | 4 |
| 5/29/2012 | conference with clients | 1.5 |
| 7/9/2012 | conference with clients re depositions | 4 |

| Date | Description | Hours |
|---|---|---|
| 7/10/2012 | attended depositions of clients | 7 |
| 8/3/2012 | review and revised discovery responses | 1 |
| 8/7/2012 | prep plaintiff's affidavits for MFSJ | 3 |
| 8/8/2012 | review depositions | 4 |
| 8/10/2012 | prep of mot for summ judgment | 6 |
| 8/28/2012 | rev def resp to summ judgment and offer of judgment; research Rule 68 | 2.5 |
| 8/29/2012 | research attorney fees, and payment of attorney fees post Rule 68 offer | 1.5 |
| 8/30/2012 | conference with clients; research Rule 68 for payment of attorney fees | 2 |
| 9/11/2012 | conference with client Tommy Higgins; prep Notice of Acc and obtain signature | 2 |
| 10/31/2012 | prep Mot for Court Approval of and Ent of Judg Upon Def Offer of Judg to Plaintiff Tommy Higgins | 2 |
| 12/14/2012 | reviewed Judgment as to Plaintiff Tommy Higgins | 0.5 |
| 12/28/2012 | research and prep mtn for attorney's fees | 3.5 |
| | **TOTAL** | **103** |

**LEGAL ASSISTANT'S FEES:**

| Date | Description | Hours |
|---|---|---|
| 10/14/2011 | preparation and filing of complaint | 4 |
| 12/7/2011 | prepared and filed documents | 4 |
| 1/5/2012 | preparation and filing of response | 4 |
| 1/17/2012 | prep of initial disclosure | 6 |
| 1/26/2012 | prepared req for prod to defs | 4 |
| 2/16/2012 | prepared req for interr and admissions | 4 |
| 3/28/2012 | prepared and filed mot to comp & mem | 4 |
| 4/13/2012 | prepared resp to judge request | 4 |
| 7/28/2012 | prepared depositon trans to send to clients for review | 4 |
| 8/1/2012 | worked on limited disc. Ordered by judge | 7 |
| 8/7/2012 | prep plaintiff's affidavits for MFSJ | 5 |
| 8/9/2012 | sent clients' depos and revisions to ct rep | 4 |
| 8/10/2012 | prep of mot for summ judgment | 3 |
| 10/31/2012 | prep Motion for Court App of and Ent of Judg Upon Def Offer of Judg to Plaintiff Tommy Higgins | 2 |
| 12/28/2012 | preparation and filing of mtn for attorney's fees | 3 |
| | **TOTAL** | **62** |