IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN JOHNSON, BRAD SMITH, and | § | |
| TOMMY HIGGINS, individually and on | § | |
| behalf of similarly situated individuals, | § | |
| *Plaintiffs* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:11-cv-170 |
| | § | |
| HECKMANN WATER RESOURCES | § | |
| (CVR), INC. and COMPLETE VACUUM | § | |
| AND RENTAL LLP, | § | |
| *Defendants* | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Came on to be considered Plaintiff Tommy Higgins' Motion for Attorney's Fees. After considering the motion the court finds that Plaintiff's motion should be granted.

The court orders that Defendants Heckmann Water Resources (CVR), Inc. and Complete Vacuum and Rental LLP pay to Charles R. Dendy for his representation of Plaintiff Tommy Higgins the sum of fifteen thousand two hundred eighty three thousand dollars ($15,283.00). The sum shall accrue post-judgment interest at the rate of 0.18% per annum until paid in full.