**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| KEVIN JOHNSON, BRAD SMITH, & TOMMY HIGGINS, individually and on behalf of similarly situated individuals<br><br>*Plaintiffs*,<br><br>v.<br><br>HECKMANN WATER RESOURCES (CVR) INC. and COMPLETE VACUUM AND RENTAL LLP,<br><br>*Defendants*. | CIVIL ACTION No. 9-11-CV-170<br><br>JUDGE RON CLARK |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the court's March 14, 2013 and July 2, 2013 Orders [Doc. # 38, 44] it is hereby ORDERED that Plaintiff Brad Smith shall recover of and from Defendants Heckman Water Resources (CVR) Inc. and Complete Vaccum and Rental LLP :

1. Six-hundred twenty-four dollars ($624) in actual and liquidated damages;

2. Attorney's fees to be awarded by the court; and

3. Costs of court

Plaintiff Kevin Johnson shall take nothing of and from his claims against Defendants Heckman Water Resources (CVR) Inc. and Complete Vaccum and Rental LLP. Costs are taxed against Plaintiff Kevin Johnson.

All relief not specifically granted herein is DENIED.  This is a Final Judgment and is appealable.

So **ORDERED** and **SIGNED** this **2**   day of **July, 2013.**

_____
Ron Clark, United States District Judge